Filing # 170431639 E-Filed 04/05/2023 04:24:58 PM

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

1329 ABRAHAM STREET HOLDINGS
LLC, a Delaware limited liability company,

      Plaintiff,

CASE NO. 2023 CA 001304

vs.

FLORIDA STATE PRIMITIVE BAPTIST
CONVENTION, Inc., a Florida not for profit
corporation; and MIRACLE HILL NURSING
AND REHABILITATION CENTER INC.,
a Florida not for profit corporation; and
JOHN DOE, as unknown part(ies) in possession,

      Defendants.

_____/

## NOTICE OF LIS PENDENS

**TO:**    The above-named Defendant and any and all persons who may claim an interest

in the real property described below:

**PARCEL 1:**

**COMMENCE AT THE SOUTHWEST CORNER OF MICKLER'S SUBDIVISION, A SUBDIVISION AS PER MAP OR PLAT THEREOF RECORDED IN DEED BOOK "HH", PAGE 590 OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA, SAID POINT ALSO MARKING THE INTERSECTION OF THE NORTHERLY RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET AND THE EASTERLY RIGHT-OF-WAY BOUNDARY OF ABRAHAM STREET, THENCE RUN NORTH ALONG THE EASTERLY RIGHT-OF -WAY BOUNDARY OF SAID ABRAHAM STREET 113.54 FEET TO AN IRON PIN AND THE POINT OF BEGINNING. THENCE CONTINUE ALONG SAID EASTERN RIGHT-OF –WAY BOUNDARY OF ABRAHAM STREET, NORTH 00°00'00" WEST FOR A DISTANCE OF 409.90 FEET TO AN IRON PIN; THENCE RUN NORTH 89° 52' 04" EAST FOR A DISTANCE OF 339.94 FEET TO AN IRON PIN; THENCE RUN SOUTH 00° 00' 00" WEST FOR A DISTANCE OF 409.89 FEET TO AN IRON PIN; THENCE RUN SOUTH 89° 51' 59" WEST FOR A DISTANCE OF 339.94 FEET TO AN IRON PIN AND THE POINT OF BEGINNING.**

**PARCEL 2:**

**COMMENCE AT THE SOUTHWEST CORNER OF MICKLER'S SUBDIVISION, A SUBDIVISION AS PER MAP OR PLAT THEREOF RECORDED IN DEED BOOK "HH", PAGE 590 OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA, SAID POINT ALSO MARKING THE INTERSECTION OF THE NORTHERLY RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET AND THE EASTERLY RIGHT-OF-WAY BOUNDARY OF ABRAHAM STREET, THENCE RUN NORTH 89° 51' 59" EASTFOR A DISTANCE OF 339.94 FEET TO AN IRON PIN, AND THE POINT OF BEGINNING. THENCE RUN NORTH 00° 00' 00" EAST FOR A DISTANCE**

OF 210.00 FEET TO AN IRON PIN; THENCE RUN NORTH 90° 00' 00" EAST FOR A DISTANCE OF 202.00 FEET TO AN IRON PIN; THENCE RUN SOUTH 00° 00' 00" WEST FOR A DISTANCE OF 209.53 FEET TO AN IRON PIN ON THE NORTHERN RIGHT-OF-WAY BOUNDARY OF SAID ALABAMA STREET; THENCE ALONG THE SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET, RUN SOUTH 89° 52' 00" WEST FOR A DISTANCE OF 202.00 FEET TO AN IRON PIN, AND THE POINT OF BEGINNING.

PARCEL 3:

COMMENCE AT THE SOUTHWEST CORNER OF MICKLER'S SUBDIVISION, A SUBDIVISION AS PER MAP OR PLAT THEREOF RECORDED IN DEED BOOK "HH", PAGE 590 AT THE PUBLIC RECORDS OF LEON, COUNTY, FLORIDA, SAID POINT ALSO MARKING THE INTERSECTION OF THE NORTHERLY RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET AND THE EASTERLY RIGHT-OF-WAY BOUNDARY OF ABRAHAM STREET, THENCE ALONG SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET, RUN NORTH 89° 51' 59" EASTFOR A DISTANCE OF 339.94 FEET TO AN IRON PIN; THENCE NORTH 00° 00' 00" ESAT FOR A DISTNACE OF 210.00 FEET TO AN IRON PIN AND THE POINT OF BEGINNING; THENCE RUN NORTH 00° 00' 00" EAST FOR A DISTANCE OF 313.43 FEET TO AN IRON PIN; THENCE RUN SOUTH 89° 40' 25" EAST FOR A DISTANCE OF 291.38 FEET TO AN IRON PIN; THENCE RUN SOUTH 00° 00' 00" WEST FOR A DISTANCE OF 521.09 FEET TO AN IRON PIN ON THE SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET; RUN SOUTH 89° 51' 59" WEST FOR A DISTANCE OF 89.37 FEET TO AN IRON PIN ON THE SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET; THENCE RUN NORTH 00° 00' 00" EAST FOR A DISTANCE OF 209.53 FEET TO AN IRON PIN; THENCE RUN SOUTH 90° 00' 00" WEST FOR A DISTANCE OF 202.00 FEET TO AN IRON PIN AND THE POINT OF BEGINNING.

PARCEL 4:

BEGINNING AT THE SOUTHWEST CORNER OF MICKLER'S SUBDIVISION, A SUBDIVISION AS PER MAP OR PLAT THEREOF RECORDED IN DEED BOOK "HH", PAGE 590 OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA, SAID PONT ALSO MARKING THE INTERSECTION OF THE NORTHERLY RIGHT-OF -WAY BOUNDARY OF ALABAMA STREET AND THE EASTERLY RIGHT-OF -WAY BOUNDARY OF ABRAHAM STREET, THENCE ALONG SAID EASTERN RIGHT-OF-WAY BOUNDARY OF ABRAHAM STREET, RUN NORTH 00°00' 00" EAST FOR A DISTANCE OF 113.54 FEET TO AN IRON PIN; THENCE NORTH 89° 51' 59" EAST FOR A DISTANCE OF 339.94 FEET TO AN IRON PIN; THENCE RUN SOUTH 00° 00' 00" WEST FOR A DISTANCE OF 113.54 FEET TO AN IRON PIN ON THE SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET; THENCE ALONG SAID NORTHERN RIGHT-OF-WAY BOUNDARY OF ALABAMA STREET, RUN SOUTH 89° 51' 59" WEST FOR A DISTANCE OF 339.94 FEET TO AN IRON PIN AND THE PONT OF BEGININNG.

Parcel ID: 2126510000050

a/k/a 1329 Abraham Steet, Tallahassee, Florida 32304

**YOU ARE HEREBY NOTIFIED** of the following: (a) Plaintiff instituted an action against you in the Circuit Court of the Second Judicial Circuit, in Leon County, Florida for foreclosure or other equitable relief of the collateral securing the debt obligations, including foreclosure of a mortgage secured by real property in Leon County, Florida; (b) the Plaintiff in this action is 1329

ABRAHAM STREET HOLDINGS LLC; (c) the date of the institution of this action was April 5, 2023; and (d) the property that is the subject of this action is in Leon County, Florida and is legally described above.

**READ LAW PLLC**
*Counsel for Plaintiff*
25 SE Second Ave, Suite 828
Miami, Florida 33132
Phone: (305) 209-2131
asr@alexisreadlaw.com

By:     *Alexis S. Read*
        Alexis S. Read, Esq.
        Fla. Bar No. 98084