## VALUE OF REAL PROPERTY OR MORTGAGE FORECLOSURE CLAIM
For Real Property cases (not a foreclosure), complete first section only.

The form below was designed to assist with the calculation of graduated filing fees in real property cases pursuant to revised §28.241 (1)(a)2.a., Fla. Stat. The filing party is <u>required to estimate in writing</u> the total value of the claim, as well as the individual elements listed below. **Please be advised**, if there is a difference between the estimated amount and the actual value of the claim at final disposition, the Clerk must adjust the fee if necessary and collect any additional fee or refund any excess fee paid.

Date: __4/5/2023__   Case Number: __2023 CA 001304__

Case Name: _1329 Abraham Street Holdings LLC v. Miracle Hill Nursing and Rehabilitation Center, et al._

### REAL PROPERTY – NON FORECLOSURE

_____ VALUE OF CLAIM OF REAL PROPERTY

### REAL PROPERTY FORECLOSURE

1. $ _600,000.00_ Principal due on the note
2. $ _24,800 (estimated)_ Interest owed on the note
3. $ _31,240 (estimated)_ Total advances owed on the note including

    $ __n/a__ Property Taxes
    $ __n/a__ Insurance
    $ __n/a__ Other advances

    *Total these three categories to get the amount for line 4.*

4. __unknown__ Value of Tax Certificates relating to mortgage.

5. _$656,040.00_ **TOTAL ESTIMATED VALUE OF CLAIM**
   (Total lines 1 thru 4)

Submitter: __Alexis S. Read, Esq. - Read Law PLLC__
(Please Print) Name, Title and Company

### GRADUATED FILING FEES BASED ON THE VALUE OF THE CLAIM

| | |
|---|---|
| $400 | Value less than or equal to $50,000 with 5 defendants or less |
| $905 | Value greater than $50,000 but less than $250,000 with 5 defendants or less |
| $1,905 | Value $250,000 or greater with 5 defendants or less |
| $2.50 | Additional fee for each defendant over 5 |

CL-0879-0905