

# LEON COUNTY Receipt of Transaction
# Receipt #     1703607

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Read Law PLLC

,

**On Behalf Of:**

,

On: 4/6/2023   8:44:48AM
Transaction # 100981309
Cashiered by: A TOLLIVER

CaseNumber   2023 CA 001304

Judge   J LEE MARSH

1329 ABRAHAM STREET HOLDINGS LLC   VS   MIRACLE HILL NURSING AND REHABILITATION CENTER INC

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (MTFC3) COMPLAINT FOR MORTGAGE FORECLOSL | 1905.00 | 0.00 | 0.00 | 1905.00 | 1905.00 | 0.00 |
| (NOSA) NOTICE OF SALE | 70.00 | 0.00 | 0.00 | 70.00 | 70.00 | 0.00 |
| (LISP) NOTICE OF LIS PENDENS | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 |
| (LP) LIS PENDENS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (LIS) NOTICE OF LIS PENDENS | 5.00 | 0.00 | 0.00 | 5.00 | 5.00 | 0.00 |
| Total: | 1988.00 | 0.00 | 0.00 | 1988.00 | 1988.00 | 0.00 |
| Grand Total: | 1988.00 | 0.00 | 0.00 | 1988.00 | 1988.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 170431639 | OK | 1988.00 | 0.00 | 0.00 | 0.00 | 1988.00 |
| | | Payments Total: | 1988.00 | 0.00 | 0.00 | 0.00 | 1988.00 |