IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

1329 ABRAHAM STREET HOLDINGS
LLC, a Delaware limited liability company,

  Plaintiff,

CASE NO. 2023-CA-001304

vs.

FLORIDA STATE PRIMITIVE BAPTIST
CONVENTION, Inc., a Florida not for profit
corporation; and MIRACLE HILL NURSING
AND REHABILITATION CENTER INC.,
a Florida not for profit corporation; and
JOHN DOE, as unknown part(ies) in possession,

  Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this Summons and a copy of the complaint in this action on Defendant:

Service Address:    Miracle Hill Nursing and Rehabilitation Center, Inc.
                         Chris A. Burney, President
                         1329 Abraham Street
                         Tallahassee, FL 32304

The Defendant named above is required to serve written defense to the Complaint on Plaintiff's attorney, **Alexis S. Read, Esq., Read Law PLLC**, who address is **25 SE 2nd Ave, Suite 828, Miami, Florida 33131**, and e-mail is asr@alexisreadlaw.com, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorneys or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

Dated: April 4/12/2023, 2023

                                       GWEN MARSHALL
                                       CLERK OF THE CIRCUIT COURT



                              By: _____
                                          Deputy Clerk