UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

MIRACLE HILL NURSING AND                    Case No. 23-40398-KKS
REHABILITATION CENTER, INC.,

                                            Chapter 11

    Debtor.

_____/

1329 ABRAHAM STREET
HOLDINGS, LLC, a Delaware Limited
Liability Company,

    Plaintiff,

v.                                          Adv. Proc. No. 23-04009-KKS

FLORIDA STATE PRIMITIVE
BAPTIST CONVENTION, INC., a
Florida not for profit corporation;
MIRACLE HILL NURSING AND
REHABILITATION CENTER, INC.,
a Florida not for profit corporation; and
JOHN DOE, as unknown part(ies) in
possession,

    Defendants.

_____/

## **NOTICE OF FILING STATE COURT PLEADINGS**

Miracle Hill Nursing and Rehabilitation Center, Inc. (the "**Debtor**"), by and through its undersigned counsel and pursuant to Local Rule 7.2, hereby files as an Exhibit hereto a copy of each paper filed in the removed state court action prior to removal. The number of the Exhibit corresponds to the number assigned to said pleading by the state court clerk.

DATED October 18, 2023.

> */s/ Jodi D. Dubose*
> Scott A. Stichter (FBN 0710679)
> Jodi D. Dubose (FBN 52651)
> Stichter Riedel Blain & Postler, P.A.
> 110 E. Madison Street, Suite 200
> Tampa, FL 33602
> Phone: (813) 229-0144
> Email: sstichter@srbp.com,
> jdubose@srbp.com
> Attorneys for Debtor

4866-7185-9077, v. 3