

THE HONORABLE
# GWEN MARSHALL
CLERK OF THE CIRCUIT COURT AND COMPTROLLER

CLERK OF COURTS • COUNTY COMPTROLLER • AUDITOR • TREASURER • RECORDER

May 19, 2023

Miracle Hill Nursing And Rehabilitation Center Inc
C/O Gibson, James D
1800 Second Street, Suite 777
Sarasota, Fl 34236

Re: Case # 2023 CA 001304

Dear Sir/Madam:

On 05/18/2023, you filed a new case or reopen motion or requested services like copies or recording with this office in the above case. The paperwork has been processed, but you have not paid the statutorily required fees of $900.00. Please submit payment to this office within 90 days of the date of this letter.

If we have not received your payment by the date noted, a $25.00 administrative set up fee per FS 28.24(26) will be assessed. In addition, pursuant to FS 28.246(6), this matter may be referred to a collection law firm, which could add 40% to the amount owed.

Please submit your payment in person or mail payment to the address noted below. Make sure to reference your case number when presenting payment.

Thank you for your immediate attention to this issue.

Sincerely,

*[signature]*

Deputy Clerk