UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

MIRACLE HILL NURSING AND             Case No.: 23-40398-KKS
REHABILITATION CENTER, INC.,          Chapter 11

    Debtor.
_____/

1329 ABRAHAM STREET HOLDINGS LLC,

    Plaintiff,                                       Adv. Pro.: 23-04009-KKS

v.

FLORIDA STATE PRIMITIVE BAPTIST
CONVENTION INC; MIRACLE HILL
NURSING AND REHABILITATION
CENTER INC.; and JOHN DOE, as
Unknown Parties in Possession,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF, 1329 ABRAHAM STREET HOLDINGS LLC'S MOTION FOR ABSTENTION AND REMAND (ECF No. 21)

THIS CASE came before the Court on January 24, 2024 at 1:30 p.m. on Plaintiff/Counter-Defendant, 1329 Abraham Street Holdings LLC's ("1329 ASH") *Motion for Abstention and Remand* (the "Motion for Abstention and Remand") [D.E. 21] and Defendant/Counter-Plaintiff/Cross-Plaintiff, Miracle Hill Nursing and Rehabilitation Center Inc.'s ("Debtor") *Response in Opposition* thereto (the

"Opposition Response") [D.E. 25], and the Court, having reviewed the docket, considered the Motion and Opposition Response, arguments of counsel, and for the reasons stated on the court record as if fully incorporated herein, it is

ORDERED: The Motion for Abstention and Remand [D.E. 21] is **DENIED**.

DONE and ORDERED on February 2, 2024.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Prepared by:

READ LAW PLLC
Alexis S. Read, Esq.
*Counsel for Plaintiff/Counter-Defendant,*
*1329 Abraham Street Holdings LLC*
25 SE 2nd Ave, Ste 828
Miami, Florida 33131
asr@alexisreadlaw.com

cc:  Counsel for 1329 Abraham Street Holdings LLC is directed to serve a copy of this Order on all interested parties and file a proof of service within three (3) days of entry of the Order.