FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Miracle Hill Nursing and Rehabilitation Center, In    Bankruptcy Case No.: 23–40398–KKS

1329 Abraham Street Holdings, LLC
Plaintiff(s)

Adversary Case No.: 23–04009–KKS

vs

Miracle Hill Nursing and Rehabilitation Center, Inc. et al.
Defendant(s)

**Notice of Non–Evidentiary Hearing**

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on August 6, 2024, at 11:00 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location: via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

  *49* – Plaintiff's Motion to Strike Defendant, Miracle Hill's Affirmative Defenses Filed by Plaintiff 1329 Abraham Street Holdings, LLC (Hawkins, J.)

  *50* – Plaintiff's Motion to Strike Defendant, The Convention's Affirmative Defenses Filed by Plaintiff 1329 Abraham Street Holdings, LLC (Hawkins, J.)

Dated: June 5, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Alexis Read shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.