FORM nhgnrlp (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re: Miracle Hill Nursing and Rehabilitation Center, In  Bankruptcy Case No.: 23−40398−KKS

---

1329 Abraham Street Holdings, LLC  Adversary Case No.: 23−04009−KKS
Plaintiff(s)

vs

Miracle Hill Nursing and Rehabilitation Center, Inc. et al.
Defendant(s)

---

## Notice of Non−Evidentiary Hearing

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on August 20, 2024, at 11:00 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location: via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

*63* − Motion to Withdraw as Attorney Filed by Defendant Florida State Primitive Baptist Convention, Inc. (Israel, Kimberly)

Dated: July 31, 2024

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Kimberly Israel shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.