UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:  Chapter 11

MIRACLE HILL NURSING AND
REHABILITATION, INC.,  Case No. 23-40398-KKS

    Debtor.
_____/

1329 ABRAHAM STREET HOLDINGS,
LLC,

    Plaintiff,

v.  Adv. Proc. No. 23-4009-KKS

FLORIDA STATE PRIMITIVE BAPTIST
CONVENTION, INC., et al.,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

THIS PROCEEDING came on for hearing on October 29, 2024, upon the continued Status Conference. Counsel for the Debtor/Defendant and 1329 Abraham Street Holdings, LLC announced that they were finalizing a settlement stipulation. The Court having considered the above, it is

**ORDERED**:

1. The Status Conference shall be continued to the same date and time as

the initial hearing set by the Court to consider confirmation of the Debtor's amended plan of reorganization.

2. The pre-trial hearing scheduled for November 13, 2024, and the trial scheduled for December 12, 2024, shall be cancelled.

3. All dates and deadlines fixed by prior order of this Court shall be stayed pending further notice and order by this Court.

DONE AND ORDERED on November 13, 2024.

_____
Karen K. Specie
U.S. Bankruptcy Judge

Prepared By: (Modified in Chambers)
Scott A. Stichter, Esq.

Scott Stichter is directed to serve a copy of this order on all interested parties and file a proof of service within three (3) business days of entry of the order.